# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| VINICIA BRIGGS, | | |
| | Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | | |
| JO ANNE B. BARNHART, | | CASE NUMBER: C06-5368RBL |
| Commissioner of Social Security Administration, | | |
| | Defendants, | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation;

The Administrative Decision is AFFIRMED.

| | |
|---|---|
| February 27, 2007 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Pat LeFrois |
| | Deputy Clerk |

AO 450 (Rev. 5/85) Judgment in a Civil Case    Case 3:06-cv-05368-RBL   Document 21   Filed 02/27/07   Page 1 of 1